IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| M. DENISE TOLLIVER, | § | No. 29, 2021 |
| | § | |
| Plaintiff Below, | § | Court Below—Superior Court |
| Appellant, | § | of the State of Delaware |
| | § | |
| v. | § | C.A. No. K20C-08-008 |
| | § | |
| DELAWARE FUTURES, INC., | § | |
| HAROLD INGRAM, and PATRICIA | § | |
| DOWNING, | § | |
| | § | |
| Defendants Below, | § | |
| Appellees. | § | |

Submitted: May 14, 2021
Decided: June 2, 2021

Before **SEITZ**, Chief Justice; **TRAYNOR** and **MONTGOMERY-REEVES**, Justices.

# **O R D E R**

After consideration of the parties' briefs[1] and the record on appeal, we conclude that the judgment below should be affirmed on the basis of the Superior Court's decision dated January 26, 2021.

---

[1] The appellant's motion to strike the appellees' answering brief and appendix, as corrected, for noncompliance is denied.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior

Court is AFFIRMED.

BY THE COURT:

*/s/ Tamika R. Montgomery-Reeves*
Justice